IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 7:12cr00102 |
| | ) (Case No. 7:14CV80725) |
| v. | ) FINAL ORDER |
| | ) |
| ASHLEI RENEE ROBINSON, | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

This action, brought as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is before the court upon the report and recommendation of the United States Magistrate Judge, prepared pursuant to 28 U.S.C. § 636(b). The magistrate judge concludes that the record conclusively shows that the defendant's claims of ineffective assistance under § 2255 motion are without merit and recommends that the government's motion to dismiss be granted. The fourteen days allotted under § 636(b) for parties to object to the findings and recommendations in the magistrate judge's report have expired, and neither party has filed objections.

Finding it appropriate to do so, it is hereby

**ADJUDGED AND ORDERED**

that the report and recommendation of the United States Magistrate Judge (ECF No. 68) shall be and hereby is **ADOPTED** in its entirety as the opinion of the court; the motion to dismiss (ECF No. 61) is **GRANTED**; the motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 (ECF No. 52) is **DISMISSED**; and this action is hereby stricken from the active docket

of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

The clerk will send a copy of this order to the defendant and to counsel of record for the government.

**ENTER:** This 6th day of April, 2015.

*/s/ Glen Conrad*
Chief United States District Judge